**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6785**

_____

ERROL DOUGLASS FULFORD-EL,

Plaintiff - Appellant,

versus

LLOYD L. WATERS, Warden; JAMES YONKER;
JACQUELEN SHANK; CAPTAIN SOTALMYER; J. LYNCH;
JAMES PEGUESS, Warden; SARGEANT MYERS; K. O.
WILLIAMS, Lieutenant; CLARK JENTY,
Correctional Officer II; CORRECTIONAL OFFICER
COOPER; SARGEANT HANCOCK; GARY FOREMAN,
Lieutenant; WILLIAM W. SONDERVAN; MARVIN N.
ROBBINS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-03-1254-WDQ)

_____

Submitted:  August 14, 2003        Decided:  August 21, 2003

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Errol Douglass Fulford-El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Errol Douglass Fulford-El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. The district court dismissed the complaint because Fulford-El did not comply with Fed. R. Civ. P. 8, requiring a short and plain statement of his claims. Because Fulford-El may cure this defect by amending his complaint, the dismissal without prejudice is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We therefore dismiss the appeal.[*] We deny Fulford-El's motion for transfer to another institution. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent Fulford-El attempts to appeal orders from Fulford-El v. Robbins, No. CA-03-1200-1, this appeal was separately docketed, and Fulford-El filed a motion to dismiss, which was granted. Therefore, we do not consider those orders.

2